UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **KENNETH HOSFELD,** : <br> : <br> **Plaintiff,** : <br> : <br> v.  : <br> : <br> **POSTAL TRANSPORT, INC.,** : <br> **CLIFFORD FINKLE IV, AND** : <br> **JOHN DOES 1-10,** : <br> : <br> **Defendants.** : <br> : | No. 1:15-cv-07497-JHR-KMW |

**ORDER**

THIS MATTER having been brought before the Court by Drinker Biddle & Reath LLP, counsel for Defendants Postal Transport, Inc. and Clifford Finkle IV ("Defendants") by way of a motion for an Order Enforcing the Parties Settlement Agreement, and the Court having considered all papers filed in support of and in opposition to said motion, and the arguments of counsel, if any; and for good and sufficient cause shown;

IT IS on this _____ day of _____, 2017

ORDERED that:

1. Defendants' Motion to Enforce the Parties' Settlement Agreement is hereby GRANTED;

2. The parties are directed to comply with the following terms of the settlement, which shall be deemed effective as of the date of this Order:

    (a) Defendants are to pay Plaintiff a total sum of $5,000.00 as follows:

     (i)  one check in the amount of $1,500.00 allocated for income, less all applicable and legally required deductions, for which a Form W-2 will be issued to Plaintiff; and

     (ii)  one check in the amount of $3,500.00 allocated for emotional distress, for which a Form 1099 will be issued to Plaintiff.

   (b)  The parties will execute mutual release agreements releasing each other of any claims, whether known or unknown, that arose at any time up to the date of this Order.

  3.  Defendants' counsel shall serve a copy of this Order on all counsel of record within ___ days of receipt hereof.

                       _____

                             , J.S.C.

THIS MOTION WAS:

_____ Opposed

_____ Unopposed